# AFFIDAVIT OF SERVICE

**State of ARKANSAS**      **County of EASTERN**      **Court**

Case Number: 4:09-W-319SWW

Plaintiff:
**AUBREY HOLMES**
vs.
Defendant:
**LVNV FUNDING, L.L.C., ET AL**

For: Ms. Joel G. Hargis
    CRAWLEY & DELOACHE

Received by MYERS ATTORNEY'S SERVICE on the 10th day of June, 2009 at 1:44 pm to be served on **HOSTO BUCHAN PRATER & LAWRENCE P.L.L.C., BY SERVING BRYAN HOSTO, AGENT FOR SERVICE, 701 W. 7TH ST., LITTLE ROCK, AR 72201.** I, _Andrew Myers_, being duly sworn, depose and say that on the _10_ day of _June_, 20_09_ at _3:00_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE, COMPLAINT** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving _Bryan Hosto_ as _Agent_

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At: _701 W 7th St, Little Rock, AR 72201_

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Youree Crook_
NOTARY PUBLIC

Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

_Andrew Myers_
PROCESS SERVER # _Au8_
Appointed in accordance
with State Statutes

MYERS ATTORNEY'S SERVICE
300 Spring Building
300 Spring Street, Suite 612
Little Rock, AR 72201
(501) 376-6266
Our Job Serial Number: 2009002199

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i