IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**AUBREY HOLMES**     **PLAINTIFF**

V.     **CASE NO: 4:09-CV-0319 SWW**     *JURY DEMAND*

**LVNV FUNDING L.L.C.; and
HOSTO, BUCHAN, PRATER & LAWRENCE, P.L.L.C.**     **DEFENDANTS**

## MOTION TO DISMISS

Hosto, Buchan, Prater & Lawrence, P.L.L.C. (hereinafter "Hosto", "Law Firm" or "Defendant"), for its motion to dismiss the plaintiff's Amended Complaint (Court Doc. # 7), states:

1. For the reasons set forth in this motion and the accompanying brief in support of this motion, incorporated herein by this reference, Aubrey Holmes ("Plaintiff") has failed to state a cause of action and his complaint must be dismissed in its entirety.

2. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff's claim against Hosto is barred by Ark. Code Ann. § 16-22-310.

3. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff has not stated a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § § 1692 et seq.

4. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff does not state a claim under the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-101, et seq.

5.  For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff does not state a claim for the tort of defamation.

6.  This case should be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

7.  Defendant are filing a brief in support of this motion to dismiss and incorporates its brief and grounds for dismissal set forth therein into this motion as though set forth fully herein word for word.

WHEREFORE, Defendant Hosto, Buchan, Prater & Lawrence, PLLC respectfully requests that this Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: bbrownstein@wlj.com
> ktucker@wlj.com
> clauck@wlj.com
>
> By _____
> Bettina E. Brownstein (85019)
> Kimberly Wood Tucker (83175)
> Chester H. Lauck III (99107)
> Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on August 17th, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Joel G. Hargis
Crawley, DeLoach & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401

joel@crawleydeloache.com, mandy@crawleydeloache.com

_____
Chester H. Lauck, III (99107)
Attorneys for Hosto, Buchan, Prater & Lawrence
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: clauck@wlj.com

3