(#95555-4)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

AUBREY HOLMES                                                                                           PLAINTIFF

VS.                                              NO. 4:09-CV-319 SWW

LVNV FUNDING L.L.C.                                                                                  DEFENDANT

**AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT**

Comes now the Defendant, LVNV Funding L.L.C., and for its Amended Answer and Affirmative Defenses to the Amended Complaint states:

1.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 1 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

2.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 2 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

3.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 3 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

4.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 4 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

5.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 5 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

6.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 6 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

7.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 7 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

8.

The Defendant admits the allegations contained in paragraph 8 of the Amended Complaint, except that the Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 8 of the Plaintiff's Amended Complaint related to service and, therefore, denies such allegations.

9.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 9 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

10.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 10 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

11.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 11 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

12.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 12 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

13.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 13 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

14.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

15.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 15 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

16.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 16 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

17.

The Defendant admits the allegations contained in paragraph 17 of the Amended Complaint.

18.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 18 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

19.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 19 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

20.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 20 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

21.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 21 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

22.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 22 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

23.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 23 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

24.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 24 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

25.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 25 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

26.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 26 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

27.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 27 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

28.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 28 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

29.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 29 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

30.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 30 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

31.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 31 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

32.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 32 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

33.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 33 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

34.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 34 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

35.

The Defendant denies the allegations contained in paragraph 35 of the Amended Complaint.

36.

The Defendant denies the allegations contained in paragraph 36 of the Amended Complaint.

37.

The Defendant denies the allegations contained in paragraph 37 of the Amended Complaint.

38.

The Defendant denies the allegations contained in paragraph 38 of the Amended Complaint.

39.

The Defendant reasserts and realleges its answers to paragraphs 1 – 38.

40.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 40 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

41.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 41 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

42.

The Defendant reasserts and realleges its answers to paragraphs 1 – 41.

43.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 43 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

44.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 44 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

45.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 45 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

46.

The Defendant reasserts and realleges its answers to paragraphs 1 – 45.

47.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 47 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

48.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 48 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

49.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 49 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

50.

The Defendant reasserts and realleges its answers to paragraphs 1 – 49.

51.

The Defendant admits the allegations contained in paragraph 51 of the Amended Complaint.

52.

The Defendant denies the allegations contained in paragraph 52 of the Amended Complaint.

53.

The Defendant denies the allegations contained in paragraph 53 of the Amended Complaint.

54.

The Defendant denies the allegations contained in paragraph 54 of the Amended Complaint.

55.

The Defendant denies the allegations contained in paragraph 55 of the Amended Complaint.

56.

The Defendant denies the allegations contained in paragraph 56 of the Amended Complaint.

57.

The Defendant denies the allegations contained in paragraph 57 of the Amended Complaint.

58.

The Defendant denies the allegations contained in paragraph 58 of the Amended Complaint.

59.

The Defendant denies the allegations contained in paragraph 59 of the Amended Complaint.

60.

The Defendant reasserts and realleges its answers to paragraphs 1 – 59.

61.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 61 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

62.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 62 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

63.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 63 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

64.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 64 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

65.

The Defendant denies the allegations contained in paragraph 65 of the Amended Complaint.

66.

The Defendant denies the allegations contained in paragraph 66 of the Amended Complaint.

67.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 67 of the Plaintiff's Amended Complaint and, therefore, denies such allegations, and specifically denies that the Plaintiff is entitled to enhanced damages.

68.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 68 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

69.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 69 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

70.

The Defendant reasserts and realleges its answers to paragraphs 1 – 69.

71.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 71 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

72.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 72 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

73.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 73 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

74.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 74 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

75.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 75 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

76.

The Defendant reasserts and realleges its answers to paragraphs 1 – 75.

77.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 77 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

78.

The Defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 78 of the Plaintiff's Amended Complaint and, therefore, denies such allegations.

79.

The Defendant denies the allegations contained in paragraph 79 of the Amended Complaint.

80.

The Defendant denies the allegations contained in paragraph 80 of the Amended Complaint.

81.

The Defendant denies the allegations contained in paragraph 81 of the Amended Complaint.

82.

The Defendant denies each and every material allegation of the Amended Complaint not herein specifically admitted.

**Affirmative Defenses**

83.

The Defendant affirmatively pleads the defense of running of the statute of limitations.

84.

The Defendant affirmatively pleads that any violation of state or federal law was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

85.

The Defendant affirmatively pleads as to the claim of defamation that any alleged statements were privileged.

86.

The Defendant affirmatively pleads the failure to state a claim.

87.

The Defendant affirmatively pleads all applicable statutes of limitation.

88.

The Defendant adopts by reference all applicable affirmative defenses pled by any other Defendant.

89.

The Defendant reserves any and all other defenses to which it may be entitled and to which it may learn in the course of its investigation and discovery in this action.

90.

The Defendant reserves the right to plead further herein by way of counterclaim, amended answer, affirmative defenses, or cross-claim.

WHEREFORE, the Defendant prays that the Plaintiff's Amended Complaint be dismissed, for its attorney's fees, costs and expenses, and for all other relief to which it may be entitled.

    Respectfully submitted,

    Thomas, Hickey & Shepherd, L.L.P.
    423 N. Washington
    El Dorado, AR  71730-5615
    Phone:  870-862-3478
    Fax:  870-862-7228
    Email:  mshepherd@eldolaw.com

By:    /s/ Matthew J. Shepherd
    Matthew J. Shepherd, AR #2001-148
    Attorneys for Separate Defendant, LVNV Funding L.L.C.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of April, 2010, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Joel G. Hargis
Crawley, DeLoache & Hargis, PLLC
533 West Washington Ave
Jonesboro, AR 72401
    **Attorney for Plaintiff**

Kimberly Wood Tucker,
Bettina E. Brownstein
Chester H. Lauck, III
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699
    **Attorneys for Separate Defendant,**
    **Hosto, Buchan, Prater & Lawrence, P.L.L.C.**


    /s/ Matthew J. Shepherd
    Matthew J. Shepherd